DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

JOSEPH BRET TAYLOR,

Appellant,

v.

ERIN CARLSON,

Appellee.

No. 2D2025-0148

———————————————

October 31, 2025

Appeal from the Circuit Court for Manatee County; Charles P. Sniffen, Judge.

Joseph Bret Taylor, pro se.

No Appearance for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

———————————————

Opinion subject to revision prior publication.